| | | |
|---|---|---|
|  | **GRANTED** Movant shall serve copies of this ORDER on any pro se parties, pursuant to CRCP 5, and file a certificate of service with the Court within 10 days.<br>Dated: Jan 04, 2011 | *Herbert L. Stern*<br>**Herbert L. Stern, III**<br>**District Court Judge** |

EFILED Document
DATE OF ORDER INDICATED ON ATTACHMENT
CO Denver County District Court 2nd JD
Filing Date: Jan 4 2011 10:56AM MST
Filing ID: 35171902
Review Clerk: Kari S Elizalde

DISTRICT COURT, CITY AND COUNTY OF DENVER, COLORADO
1437 Bannock
Denver, CO 80202

Plaintiffs: WILLIAM SCHRENK, an individual resident of Indiana,

v.

Defendants: DELTA AIR LINES, INC. a Delaware Corporation

▲ COURT USE ONLY ▲

Case Number:
Division:

### ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

THIS MATTER, having come before the Court on Defendant Delta Air Lines, Inc.'s Unopposed Motion for Extension of Time to File Responsive Pleading, and the Court being fully advised in this matter:

IT IS ORDERD that Defendant's Motion for Extension of Time is GRANTED. Defendant shall have up to and including January 28, 2011, to file its responsive pleading.

DATED: _____          BY THE COURT:

_____

Exhibit D

| | |
|---|---|
| This document constitutes a ruling of the court and should be treated as such. | |
| Court: | CO Denver County District Court 2nd JD |
| Judge: | Herbert L Stern |
| File & Serve Transaction ID: | 35059775 |
| Current Date: | Jan 04, 2011 |
| Case Number: | 2010CV9587 |
| Case Name: | SCHRENK, WILLIAM vs. DELTA AIR LINES INC |
| Court Authorizer: | Herbert L Stern |

/s/ Judge Herbert L Stern