IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00066-PAB-MEH

WILLIAM SCHRENK, an individual resident of Indiana,

    Plaintiff,

v.

DELTA AIR LINES, INC., a Delaware corporation, and
FLIGHT SERVICES & SYSTEMS, INC., an Ohio corporation,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 18, 2011.**

    In the interests of justice pursuant to Fed. R. Civ. P. 15(a),[1] Plaintiff's Unopposed Motion to Amend Complaint [filed April 15, 2011; docket #21] is **granted**. The Court will accept as filed the Amended Complaint and Jury Demand filed at docket #22. Plaintiff shall effect service of process and Defendants shall file answers or other responsive pleadings to the Amended Complaint in accordance with applicable federal and local rules.

---

[1] The Court notes that the motion is filed well within the deadline for joinder of parties and amendment of pleadings set in this case for April 24, 2011.