IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-00066-PAB-MEH

WILLIAM SCHRENK, an individual resident of Indiana,

    Plaintiff,

v.

DELTA AIR LINES, INC., a Delaware corporation, and
FLIGHT SERVICES & SYSTEMS, INC., an Ohio corporation,

    Defendants.

## ORDER OF REMAND

    This matter is before the Court on plaintiff's motion to remand for lack of subject matter jurisdiction [Docket No. 29]. Plaintiff's motion to remand notes that the Amended Complaint [Docket No. 22] alleges that plaintiff's primary residence is in Ohio (not Indiana, as asserted in the case caption) and adds an Ohio corporation as a defendant, thus destroying diversity between the parties. As the party invoking this Court's jurisdiction, *see* Docket No. 1, defendant Delta Air Lines, Inc. ("Delta") "bears the burden of establishing such jurisdiction as a threshold matter." *Radil v. Sanborn W. Camps, Inc.*, 384 F.3d 1220, 1224 (10th Cir. 2004). Delta does not oppose the remand of this action for lack of subject matter jurisdiction. *See* Docket No. 29 at 2. Therefore, it is

    **ORDERED** that plaintiff's motion for remand [Docket No. 29] is GRANTED. It is further

**ORDERED** that this case is REMANDED to the District Court of Denver County, Colorado, where it was originally filed as Case No. 2010CV9587.

DATED May 25, 2011.

                                       BY THE COURT:

                                       s/Philip A. Brimmer
                                       PHILIP A. BRIMMER
                                       United States District Judge